UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986NG

| |
|---|
| ULYSSES R. CHARLES,<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON, JOHN MULLIGAN, PAUL RUFO, KATHLEEN HANLEY JOHNSON, STANLEY BOGDEN, JOHN DOE and JANE DOE, supervisors in the Boston Police Department, CHARLES CAMPO, JOHN ZANINI, SUFFOLK COUNTY, and SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE.<br>    Defendants |

### DEFENDANTS CITY OF BOSTON'S AND STANLEY BOGDEN'S ASSENTED TO MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Now come the Defendants City of Boston and Stanley Bogden and respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading. As grounds for its motion, the Defendant states:

1. Defendants City of Boston and Boston Police Department were served with the Complaint on August 26, 2004. Defendant Stanley Bogden was served with the Complaint on August 27, 2004. The Defendants answers are due on September 15, 2004 and September 16, 2004, respectively.

2. The Defendants require additional time to investigate and draft appropriate responses to Plaintiff's Complaint.

3. A request for representation of Defendant Stanley Bogden is pending.

4. The Defendants request an extension until October 15, 2004 to file responses to Plaintiff's Complaint.

5. Plaintiff has assented to this motion.

6.	Allowing this motion will not prejudice any party to the action, and permitting the Defendants extra time to file responsive pleadings to Plaintiff's Complaint will further the interests of justice.

WHEREFORE: The Defendants respectfully request this Honorable Court allow their motion to extend time to file a responsive pleading, and set the date for responsive pleading to be due on or before **October 15, 2004**.

| Assented to, | Respectfully submitted, |
|---|---|
| PLAINTIFF, ULYSSES R. CHARLES<br>By his attorney: | DEFENDANTS, CITY OF BOSTON and STANLEY BOGDEN,<br>Merita A. Hopkins<br>Corporation Counsel<br>By their attorney: |
| /s/ Kevin J. O'Connor / aea<br>Kevin J. O'Connor, BBO #555250<br>Paragon Law Group<br>184 High Street<br>Boston, MA  02110<br>(617) 399-7950 | Amy E. Ambarik<br>Amy E. Ambarik, BBO #637348<br>Thomas R. Donohue, BBO #643483<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4099 (Ambarik)<br>(617) 635-4039 (Donohue) |