UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON; JOHN MULLIGAN, in ) | |
| his individual capacity; WILLIAM KEOUGH, ) | |
| in his individual capacity; PAUL RUFO, in his ) | |
| individual capacity; KATHLEEN HANLEY ) | |
| JOHNSON, in her individual capacity; ) | |
| STANLEY BOGDAN, in his individual ) | CASE NO. 04-10986-NG |
| capacity; JOHN DOE and JANE DOE, ) | |
| supervisors in the Boston Police Department, in ) | |
| their individual capacities; CHARLES CAMPO,) | |
| in his individual capacity; JOHN ZANINI, in ) | |
| his individual capacity; SUFFOLK COUNTY ) | |
| and SUFFOLK COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Charles Campo in the above-captioned matter.

Respectfully Submitted,

CHARLES CAMPO,
By his attorney,

  /s/ Richard M. Egbert
Richard M. Egbert (BBO # 151800)
99 Summer Street
Boston, MA 02110
617-737-8222

1

2

## CERTIFICATE OF SERVICE

    I, Richard M. Egbert, hereby certify that a true copy of the above document was served upon all parties of record by first class mail, postage prepaid, this 14th day of September 2004.

                                                   /s/ Richard M. Egbert

                                                   Richard M. Egbert