UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10986-NG

| | |
|---|---|
| ULYSSES R. CHARLES,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| CITY OF BOSTON, JOHN MULLIGAN,<br>PAUL RUFO, KATHLEEN HANLEY JOHNSON,<br>STANLEY BOGDEN, JOHN DOE and JANE DOE,<br>supervisors in the Boston Police Department,<br>CHARLES CAMPO, JOHN ZANINI, SUFFOLK<br>COUNTY, and SUFFOLK COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE
ANSWER OR OTHER PROPER RESPONSIVE PLEADING**

Defendants Charles Campo, John Zanini and the Suffolk County District Attorney's Office, through undersigned counsel, respectfully request that this Court grant an enlargement of time until October 15, 2004, within which to file an answer or other responsive pleading. In support of the motion, counsel states that, due to the press of a number of other matters, including; filing a brief in the case of *Pinero v. Verdini*, First Circuit No. 04-1197, on September 8, 2004, a motion to dismiss in the case of *Ye v. Spencer*, U.S.D.C. No. 04-11590-NG, on September 13, 2004, and working on the Commonwealth's brief in the case of *Commonwealth v. Clemmey & another*, Massachusetts Appeals Court No. 2004-P-1108, the undersigned assistant attorney general requires the additional time to prepare an adequate answer or other responsive pleading, in this action.

2

The defendants also note that the plaintiff has assented to this motion and that defendants City of Boston and Stanley Bogden have also moved this Court to enlarge the time for filing their response to October 15.

>Respectfully submitted,
>
>THOMAS F. RILEY
>ATTORNEY GENERAL
>
>/s/ Daniel I. Smulow
>Daniel I. Smulow, BBO 641668
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 727-2200 ext. 2949

Dated: September 15, 2004

### Certificate of Compliance with Local Rule 7.1(A)(2)

I, Daniel I. Smulow, hereby certify that I spoke to Attorney Kevin O'Connor, counsel for the plaintiff, by telephone on September 15, 2004, and he assented to this motion.

>/s/ Daniel I. Smulow