UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Ulysses R. Charles,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION<br>NO. 04-10986-NG |
| City of Boston, et al.,<br>    Defendants. | )<br>)<br>) | |

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE ON BEHALF OF DEFENDANT CHARLES CAMPO**

Pursuant to Local Rule 83.5.2(c), undersigned counsel hereby requests leave to withdraw his appearance as counsel of record for defendant Charles Campo. As grounds for this motion, counsel states that Mr. Campo has retained private counsel, Attorney Richard Egbert, to represent him in this matter. Counsel further states that Attorney Egbert has already filed his notice of appearance on behalf of Mr. Campo.

WHEREFORE, leave to withdraw should be allowed.

/s/ Daniel I. Smulow
Daniel I. Smulow (BBO# 641668)
Assistant Attorney General
Criminal Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2949

DATED:    October 5, 2004