# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES RODRIGUEZ CHARLES,
        Plaintiff,

v.

CITY OF BOSTON, et. al.,
        Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I attempted, via telephone, to communicate with the plaintiff's attorney, Kevin O'Connor, regarding Defendant Stanley Bogdan's Motion to Dismiss.  Unfortunately, he was unavailable so we were unable to resolve or narrow the issues of Defendant Bogdan's motion prior to filing it.

Respectfully submitted,

DEFENDANT, STANLEY BOGDAN
Merita A. Hopkins
Corporation Counsel

By his attorneys:

/s/ Thomas R. Donohue
Amy E. Ambarik, Esq.
BBO# 637348
Thomas R. Donohue, Esq.
BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4099 (Ambarik)
(617) 635-4039 (Donohue)