UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CITY OF BOSTON; JOHN MULLIGAN, in his )<br>individual capacity; WILLIAM KEOUGH, in his )<br>individual capacity; PAUL RUFO, in his individual )<br>capacity; KATHLEEN HANLEY JOHNSON, in her )<br>individual capacity; STANLEY BOGDAN, in his )<br>individual capacity; JOHN DOE and JANE DOE, )<br>supervisors in the Boston Police Department, in their )<br>individual capacity; CHARLES CAMPO, in his )<br>individual capacity; JOHN ZANINI, in his individual )<br>capacity; SUFFOLK COUNTY; and Suffolk county )<br>district attorney's office, )<br>)<br>Defendants. )<br>) | CA No. 04-10986 NG |

### ASSENTED-TO AND/OR UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS ON OR BEFORE DECEMBER 7, 2004

Plaintiff Ulysses Rodriguez Charles hereby respectfully moves for leave to file his opposition to Defendants' motions to dismiss on or before December 7, 2004. As grounds for this motion, Mr. Charles states as follows:

1. Attorney Richard M. Egbert, counsel for Charles Campo, and Daniel I. Smulow, counsel for John Zanini and Suffolk County District Attorney's Office, assent to the request sought herein, and Attorney Amy E. Ambraik, counsel for Stanley Bogdan and the City of Boston, does not oppose it.

3. Counsel for Mr. Charles request the relief sought herein due to their heavy litigation calendar throughout the month of November and scheduling conflicts.

4. In addition, counsel for Mr. Charles request the additional time because three separate motions to dismiss Mr. Charles's Complaint have been filed, requiring the submission of three separate memoranda of law in opposition thereof.

WHEREFORE, Mr. Charles respectfully requests that the Court grant the relief sought herein.

Dated: November 3, 2004
Boston, MA

Respectfully Submitted,

_____
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA 02110
(617) 399-7950

Attorneys for Plaintiff
ULYSSES RODRIGUEZ CHARLES

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D.Mass. 7.1(A)(2), I, Mayeti Gametchu, hereby certify that on October 27, 2004, I conferred with counsel for Defendants Charles Campo, Stanley Bogdan, John Zanini and the Office of the District Attorney for Suffolk County. Counsel for Messrs. Campo, Zanini and the Office of the District Attorney assent to the relief sought in the instant motion. Counsel for Mr. Bodgan does not oppose it.

_____

## CERTIFICATE OF SERVICE

    I, Mayeti Gametchu, hereby certify that, on November 3, 2004, I caused a true and correct copy of the foregoing document to be served by first class mail upon the persons listed below.

*[signature]*

Richard M. Egbert, Esq.
Law Offices of Richard M. Egbert
99 Summer Street
Suite 1800
Boston, MA 02110

Attorney for Defendant
CHARLES CAMPO

Amy E. Ambraik, Esq.
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

Attorneys for Defendant
STANLEY BOGDAN

Daniel I. Smulow, Esq.
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108

Attorney for Defendants
JOHN ZANINI and the
OFFICE OF THE DISTRICT ATTORNEY
FOR THE SUFFOLK DISTRICT

0038-002-101095.doc