UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES R. CHARLES,
    Plaintiff.

v.

CITY OF BOSTON, ET AL.,
    Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Thomas R. Donohue as attorney for the defendants, City of Boston and Stanley Bogden in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON and
STANLEY BOGDEN,
Merita A. Hopkins
Corporation Counsel
By their attorneys:

Thomas R. Donohue
Amy E. Ambarik, BBO #637348
Thomas R. Donohue, BBO #643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4099 (Ambarik)
(617) 635-4039 (Donohue)