UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON; JOHN MULLIGAN, in his ) <br> individual capacity; WILLIAM KEOUGH, in his ) <br> individual capacity; PAUL RUFO, in his individual ) <br> capacity; KATHLEEN HANLEY JOHNSON, in her ) <br> individual capacity; STANLEY BOGDAN, in his ) <br> individual capacity; JOHN DOE and JANE DOE, ) <br> supervisors in the Boston Police Department, in their ) <br> individual capacity; CHARLES CAMPO, in his ) <br> individual capacity; JOHN ZANINI, in his individual ) <br> capacity; SUFFOLK COUNTY; and Suffolk county ) <br> district attorney's office, ) <br> ) <br> Defendants. ) | CA No. 04-10986 NG |

**STIPULATION OF DISMISSAL**

The undersigned, being certain of the parties that have appeared in this action, hereby stipulate, pursuant to Mass. R. Civ. P. 41(a)(1), that this action be dismissed as to Defendants Charles Campo, John Zanini and the Office of the District Attorney, with prejudice and without costs. Attorney Thomas Donahue, counsel for Stanley Bogdon and the City of Boston, assents to the dismissal of this action as to the undersigned parties.

| ULYSSES RODRIGUEZ CHARLES | CHARLES CAMPO |
|---|---|
| By his attorneys, | By his attorney, |
| /s/ Mayeti Gametchu <br> Kevin J. O'Connor, BBO#555250 <br> oconnor@paragonlaw.com <br> Mayeti Gametchu, BBO# 647787 <br> gametchu@paragonlaw.com <br> Paragon Law Group <br> 184 High Street <br> Boston, MA  02110 | /s/ Richard M. Egbert <br> Richard M. Egbert, BBO#151800 <br> Law Offices of Richard M. Egbert <br> 99 Summer Street <br> Suite 1800 <br> Boston, MA 02110 |
| STANLEY BOGDAN | JOHN ZANINI and the <br> OFFICE OF THE DISTRICT <br> ATTORNEY <br> FOR THE SUFFOLK DISTRICT |
| By his attorney, | |
| /s/ Thomas R. Donohue <br> Thomas R. Donohue, BBO# <br> Assistant Corporation Counsel <br> City of Boston Law Department <br> City Hall, Room 615 <br> Boston, MA  02201 | By their attorney, <br><br> /s/ Daniel I. Smulow <br> Daniel I. Smulow, BBO#641668 <br> Assistant Attorney General <br> Criminal Bureau <br> One Ashburton Place <br> Boston, MA  02108 |

Dated:  December 21, 2004
         Boston, MA