UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES,<br><br>Plaintiff<br><br>v.<br><br>CITY OF BOSTON; JOHN MULLIGAN, in his individual capacity; WILLIAM KEOUGH, in his individual capacity; PAUL RUFO, in his individual capacity; KATHLEEN HANLEY JOHNSON, in her individual capacity; STANLEY BOGDAN, in his individual capacity; JOHN DOE and JANE DOE, supervisors in the Boston Police Department, in their individual capacity; CHARLES CAMPO, in his individual capacity; JOHN ZANINI, in his individual capacity; SUFFOLK COUNTY; and Suffolk county district attorney's office,<br><br>Defendants. | CA No. 04-10986 NG |

## MOTION TO VACATE

Plaintiff Ulysses Rodriguez Charles hereby respectfully moves this Court to vacate its motion for entry of default against Defendant Stanley Bogdan, filed March 2, 2005. As grounds for this motion, Mr. Charles state as follows:

1. After conferring with counsel for Mr. Bogdan, Mr. Charles is reconsidering the relief he requests in his motion for entry of default and, thus, asks that the Court vacate the motion.

WHEREFORE, Mr. Charles respectfully requests that the Court grant the relief requested herein and vacate the motion for entry of default.

Dated: March 3, 2005

Respectfully Submitted,

/s/ Mayeti Gametchu
Kevin J. O'Connor (BBO# 555250)
oconnor@paragonlaw.com
Mayeti Gametchu (BBO# 647787)
gametchu@paragonlaw.com
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA 02110
(617) 399-7950

Attorneys for Plaintiff
ULYSSES RODRIGUEZ CHARLES

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on March 3, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon counsel for Defendant Bogdan, Amy E. Ambarik, Assistant Corporation Counsel, City of Boston Law Dept., City Hall, 615, Boston, MA 02201.

/s/ Mayeti Gametchu

101412