UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON; JOHN MULLIGAN, in his individual capacity; WILLIAM KEOUGH, in his individual capacity; PAUL RUFO, in his individual capacity; KATHLEEN HANLEY JOHNSON, in her individual capacity; STANLEY BOGDAN, in his individual capacity; JOHN DOE and JANE DOE, supervisors in the Boston Police Department, in their individual capacity,<br><br>Defendants. | CA No. 04-10986 NG |

## AFFIDAVIT OF MAYETI GAMETCHU, ESQ.

I, Mayeti Gametchu, declare and state as follows:

1. I reside in Boston, Massachusetts.

2. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

3. Except where otherwise indicated, the testimony I offer in this affidavit is based upon my personal knowledge.

4. I am an attorney of record in the above-captioned matter, representing Plaintiff Ulysses Rodriguez Charles.

5. Upon being served with the complaint in this action, Mr. Bogdan moved to dismiss pursuant to F.R.C.P. 12(b)(6) and did not, at that time, file or serve an answer.

6.    Since the Court's denial of his motion, over one month ago, Mr. Bogdan has not filed or served an answer. Yesterday, March 3, 2005, I checked the Court's Docket on Pacer and confirmed this information.

I declare under the penalty of perjury under the laws of the Commonwealth for Massachusetts that the foregoing is true and correct. Signed this 3d day of March, 2005 in Boston, Massachusetts.

/s/Mayeti Gametchu
Mayeti Gametchu

### CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on March 3, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon counsel for Defendant Bogdan, Amy E. Ambarik, Assistant Corporation Counsel, City of Boston Law Dept., City Hall, 615, Boston, MA 02201.

/s/Mayeti Gametchu

0038-002-101415