UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986NG

ULYSSES R. CHARLES,
        Plaintiff

v.

CITY OF BOSTON, et al.
        Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that on March 3, 2005, Amy E. Ambarik, attorney for defendants Stanley Bogan and the City of Boston, and Mayeti Gametchu, attorney for plaintiff Ulysses R. Charles, conferred regarding Defendants' Motion To Stay The Case Pending The Court's Written Decision Of Defendant Bogdan's Motion To Dismiss And Opposition To Plaintiff's Motion For Default but were unable to resolve or narrow the issues of the motion.

                              Respectfully submitted,
                              DEFENDANTS, STANLEY BOGDEN and
                              CITY OF BOSTON,
                              Merita A. Hopkins
                              Corporation Counsel
                              By their attorney:


                              /s/ Thomas R. Donohue
                              Thomas R. Donohue, BBO# 643483
                              Amy E. Ambarik, BBO #637348
                              Assistant Corporation Counsel
                              City of Boston Law Department
                              Room 615, City Hall
                              Boston, MA 02201
                              (617) 635-4039 - Donohue
                              (617) 635-4099 - Ambarik