# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES RODRIGUEZ CHARLES,
         Plaintiff,

v.

CITY OF BOSTON, et. al.,
         Defendants.

## AMENDED JOINT SCHEDULING STATEMENT

Pursuant to the Court's Order of March 29, 2005, the parties have conferred and propose the following pretrial schedule:

(a)    Fact discovery will be completed by December 30, 2005.

(b)    Plaintiff will disclose his expert(s) and produce the Rule 26(a)(2)(b) report by January 30, 2006.  Defendants will disclose their expert(s) and produce the Rule 26(a)(2)(b) report by February 28, 2006.

(c)    The parties will serve motions for summary judgment no later than April 3, 2006.

Respectfully submitted,

DEFENDANTS, STANLEY BOGDAN          PLAINTIFF, ULYSSES R. CHARLES
and THE CITY OF BOSTON,                          By his attorneys:
Merita A. Hopkins
Corporation Counsel
By their attorneys:

/s/ Thomas R. Donohue                               /s/ Mayeti Gametchu  [by TRD]
Amy E. Ambarik, Esq., BBO# 637348          Kevin J. O'Connor, BBO #555250
Thomas R. Donohue, Esq., BBO# 643483     Mayeti Gametchu, BBO # 647787
Assistant Corporation Counsel                       Paragon Law Group
City of Boston Law Department                     184 High Street
Room 615, City Hall                                     Boston, MA  02110
Boston, MA 02201                                       (617) 399-7950
(617) 635-4099 (Ambarik)
(617) 635-4039 (Donohue)