UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES R. CHARLES,
    Plaintiff

v.

CITY OF BOSTON, et al.,
    Defendants

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendants, City of Boston and Stanley Bogdan, in the above-captioned matter.

    Respectfully submitted,
    DEFENDANTS, CITY OF BOSTON and
    STANLEY BOGDAN
    By their attorney:

    Merita A. Hopkins
    Corporation Counsel

By:    /s/ Amy E. Ambarik
    Amy E. Ambarik, BBO# 637348
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4099