## United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10986-NG

Charles v. City of Boston et al
Assigned to: Nancy Gertner
Cause: 42:1983 Civil Rights Act

Date Filed: 05/17/2004
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

Ulysses Rodriguez Charles     represented by   **Kevin J. O'Connor**
Paragon Law Group LLP
184 High Street
Boston, MA 02110
617-399-7950
Fax: 617-399-7955
Email: oconnor@paragonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mayeti Gametchu**
Paragon Law Group LLP
184 High Street
Boston, MA 02110
617-399-7950
Fax: 617-399-7955
Email: gametchu@paragonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

City of Boston     represented by   **Amy E Ambarik**
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02120
617-343-4550
Fax: 617-343-4609
Email: Amy.Ambarik@ci.boston.ma.us
*TERMINATED: 06/22/2005*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
City of Boston Law Department
One City Hall

          Boston, MA 02201
          617-635-4039
          Fax: 617-635-3199
          Email: Thomas.Donohue@cityofboston.gov
          *ATTORNEY TO BE NOTICED*

### Defendant
**John Mulligan**
*in his individual capacity*

### Defendant
**William Keough**
*in his individual capacity*

### Defendant
**Paul Rufo**
*in his individual capacity*

### Defendant
**Kathleen Hanley Johnson**
*in her individual capacity*

### Defendant
**Stanley Bogdan**
*in his individual capacity*

represented by **Amy E Ambarik**
(See above for address)
*TERMINATED: 06/22/2005*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant
**John Doe**

### Defendant
**R.N. Jane Doe**
*supervisors in the Boston Police Department, in their individual cpacities*

### Defendant
**Charles Campo**
*in his individual capacity*
*TERMINATED: 12/28/2004*

represented by **Daniel I. Smulow**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200

Fax: 617-727-5755
Email: daniel.smulow@ago.state.ma.us
*TERMINATED: 05/07/2005*
*ATTORNEY TO BE NOTICED*

**Richard M. Egbert**
Law Office of Richard M. Egbert
99 Summer Street
Suite 1800
Boston, MA 02110
617-737-8222
Fax: 617-737-8223
Email: regbert@egbertlaw.com
*ATTORNEY TO BE NOTICED*

Defendant

**Suffolk County**

Defendant

**Suffolk County District Attorney's Office**
*TERMINATED: 12/28/2004*

represented by **Daniel I. Smulow**
(See above for address)
*ATTORNEY TO BE NOTICED*

Defendant

**John Zanini**
*in his individual capacity*
*TERMINATED: 12/28/2004*

represented by **Daniel I. Smulow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 55992, filed by Ulysses Rodriguez Charles.(Filo, Jennifer) (Entered: 05/20/2004) |
| 05/17/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Filo, Jennifer) (Entered: 05/20/2004) |
| 05/17/2004 | | Summons Issued as to Stanley Bogdan, Charles Campo, City of Boston, Jane Doe, John Doe, Kathleen Hanley Johnson, William Keough, John Mulligan, Paul Rufo, Suffolk County, Suffolk County District Attorney's Office. (Filo, Jennifer) (Entered: 05/20/2004) |
| 09/13/2004 | 2 | MOTION for Extension of Time to 10/15/04 to File Answer by Stanley Bogdan, City of Boston.(Ambarik, Amy) (Entered: 09/13/2004) |
| 09/14/2004 | 3 | NOTICE of Appearance by Richard M. Egbert on behalf of Charles Campo (Egbert, Richard) (Entered: 09/14/2004) |
| 09/14/2004 | 4 | MOTION for Extension of Time to October 15, 2004 to File Responsive Pleading to Plaintiff's Complaint by Charles Campo.(Egbert, Richard) |

| | | |
|---|---|---|
| | | (Entered: 09/14/2004) |
| 09/15/2004 | 5 | MOTION for Extension of Time to October 15, 2004 to file answer or other responsive pleading by Charles Campo, Suffolk County District Attorney's Office.(Smulow, Daniel) (Entered: 09/15/2004) |
| 10/05/2004 | 6 | MOTION to Withdraw as Attorney by Charles Campo.(Smulow, Daniel) (Entered: 10/05/2004) |
| 10/15/2004 | 7 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) and Request for Hearing* by Charles Campo.(Egbert, Richard) (Entered: 10/15/2004) |
| 10/15/2004 | 8 | MOTION for Leave to File Excess Pages *Memorandum In Support of Motion to Dismiss Plaintiff's Compliant Pursuant to Fed.R.Civ.P. 12(b)(6) in Excess of 20 Pages* by Charles Campo.(Egbert, Richard) (Entered: 10/15/2004) |
| 10/15/2004 | 9 | MEMORANDUM in Support re 7 MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) and Request for Hearing Exhibits A-G Filed on Paper with the Clerk's Office* filed by Charles Campo. (Egbert, Richard) (Entered: 10/15/2004) |
| 10/15/2004 | 10 | MOTION to Dismiss *with Prejudice* by Suffolk County District Attorney's Office.(Smulow, Daniel) (Entered: 10/15/2004) |
| 10/15/2004 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss *with Prejudice* filed by Suffolk County District Attorney's Office. (Smulow, Daniel) (Entered: 10/15/2004) |
| 10/15/2004 | 12 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by City of Boston.(Ambarik, Amy) (Entered: 10/15/2004) |
| 10/15/2004 | 13 | MOTION to Dismiss by Stanley Bogdan.(Ambarik, Amy) (Entered: 10/15/2004) |
| 10/15/2004 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by Stanley Bogdan. (Ambarik, Amy) (Entered: 10/15/2004) |
| 10/15/2004 | 15 | CERTIFICATE OF CONSULTATION by Amy E Ambarik on behalf of Stanley Bogdan. (Ambarik, Amy) (Entered: 10/15/2004) |
| 10/18/2004 | 16 | APPENDIX re 10 MOTION to Dismiss *with Prejudice* by Suffolk County District Attorney's Office. (Filo, Jennifer) (Entered: 10/20/2004) |
| 10/20/2004 | | ELECTRONIC NOTICE of Hearing re motion to dismiss hearing :Hearing set for 12/16/2004 03:00 PM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 10/20/2004) |
| 11/03/2004 | 17 | ASSENTED TO AND/OR UNOPPOSED MOTION for Leave to File Plaintiff's Opposition to Defendants' Motions to Dismiss on or before December 7, 2004 by Ulysses Rodriguez Charles.(Filo, Jennifer) (Entered: 11/09/2004) |
| 11/09/2004 | | Judge Nancy Gertner : Electronic ORDER entered granting 17 |

| | | |
|---|---|---|
| | | ASSENTED/UNOPPOSED Motion for Leave to File Opposition to Motions to Dismiss on or before 12/7/04 (Filo, Jennifer) (Entered: 11/09/2004) |
| 11/10/2004 | 18 | NOTICE of Appearance by Thomas R Donohue on behalf of Stanley Bogdan, City of Boston (Donohue, Thomas) (Entered: 11/10/2004) |
| 12/03/2004 | 19 | MOTION for Extension of Time to January 17, 2005 to Motion to Dismiss Hearing *and MOTION for Extension of Time to December 20, 2004 to File Opposition to Motions to Dismiss* by Ulysses Rodriguez Charles.(Gametchu, Mayeti) (Entered: 12/03/2004) |
| 12/03/2004 | | Judge Nancy Gertner : Electronic ORDER entered granting 19 Assented to/upopposed Motion for Extension of Time to file opposition to mtn to dismiss to 12/20/04...and to continue hearing from 12/16/04 to 1/20/05 at 2:30PM, in courtroom #2, 3rd floor. (Molloy, Maryellen) (Entered: 12/03/2004) |
| 12/03/2004 | | Set Deadlines/Hearings: Hearing on mtn to dismiss set for 1/20/2005 02:30 PM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 12/03/2004) |
| 12/20/2004 | 20 | MEMORANDUM in Opposition re 13 MOTION to Dismiss filed by Ulysses Rodriguez Charles. (Gametchu, Mayeti) (Entered: 12/20/2004) |
| 12/21/2004 | 21 | STIPULATION of Dismissal *as to Defendants Charles Campo, John Zanini and the Office of the District Attorney* by Ulysses Rodriguez Charles. (Gametchu, Mayeti) (Entered: 12/21/2004) |
| 01/05/2005 | | Motions terminated: See Stipulation of Dismissal 8 MOTION for Leave to File Excess Pages *Memorandum In Support of Motion to Dismiss Plaintiff's Compliant Pursuant to Fed.R.Civ.P. 12(b)(6) in Excess of 20 Pages* filed by Charles Campo,, 2 MOTION for Extension of Time to 10/15/04 to File Answer filed by City of Boston,, Stanley Bogdan,, 10 MOTION to Dismiss *with Prejudice* filed by Suffolk County District Attorney's Office,, 4 MOTION for Extension of Time to October 15, 2004 to File Responsive Pleading to Plaintiff's Complaint filed by Charles Campo,, 5 MOTION for Extension of Time to October 15, 2004 to file answer or other responsive pleading filed by Suffolk County District Attorney's Office,, Charles Campo,, 7 MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) and Request for Hearing* filed by Charles Campo,. (Filo, Jennifer) (Entered: 01/05/2005) |
| 01/20/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner: motion hearing held; ORDERED: mtn to dismiss-denied in open court; decision to follow. Parties to submit a Joint Scheduling Order on or before 2/3/05; 16.b not necessary, court will adopt the joint statement, court adjourned. (Court Reporter ohara.) (Molloy, Maryellen) (Entered: 01/20/2005) |
| 02/03/2005 | 22 | JOINT STATEMENT re scheduling conference. (Ambarik, Amy) (Entered: 02/03/2005) |
| | | |

| | | |
|---|---|---|
| 03/02/2005 | 23 | MOTION for Entry of Default by Ulysses Rodriguez Charles. (Attachments: # 1 Affidavit of Mayeti Gametchu, Esq.)(Gametchu, Mayeti) (Entered: 03/02/2005) |
| 03/03/2005 | 24 | MOTION to Vacate by Ulysses Rodriguez Charles.(Gametchu, Mayeti) (Entered: 03/03/2005) |
| 03/03/2005 | 25 | MOTION for Entry of Default by Ulysses Rodriguez Charles. (Attachments: # 1 Affidavit of Mayeti Gametchu, Esq.)(Gametchu, Mayeti) (Entered: 03/03/2005) |
| 03/04/2005 | 26 | MOTION to Stay *the Case Pending the Court's Written Decision of Defendant Bogdan's Motion to Dismiss and OPPOSITION to Plaintiff's Motion for Default* by City of Boston, Stanley Bogdan.(Donohue, Thomas) (Entered: 03/04/2005) |
| 03/04/2005 | 27 | CERTIFICATE OF CONSULTATION re 26 MOTION to Stay *the Case Pending the Court's Written Decision of Defendant Bogdan's Motion to Dismiss and OPPOSITION to Plaintiff's Motion for Default* by Thomas R Donohue on behalf of City of Boston, Stanley Bogdan. (Donohue, Thomas) (Entered: 03/04/2005) |
| 03/29/2005 | 28 | Judge Nancy Gertner : ORDER entered. MEMORANDUM AND ORDER, denying 13 MOTION to Dismiss as to Counts II and III alleging failure to disclose evidence and conspiracy, and granting 13 Motion to Dismiss as to Counts IV and VI alleging malicious prosecution under federal and state law, filed by Stanley Bogdan, granting 24 MOTION to Vacate 23 MOTION for Entry of Default filed by Ulysses Rodriguez Charles. denying 25 Second MOTION for Entry of Default filed by Ulysses Rodriguez Charles, and denying as moot 26 MOTION to Stay *the Case Pending the Court's Written Decision of Defendant Bogdan's Motion to Dismiss and OPPOSITION to Plaintiff's Motion for Default* filed by City of Boston,, Stanley Bogdan. "Defendant Bogdan is hereby instructed to file an answer to the Complaint on or before ten (10) days from the issuance of this opinion - April 8, 2005. The parties are further instructed to submit an amended joint scheduling statement on or before ten (10) days from the issuance of this opinion - April 8, 2005."(Patch, Christine) (Entered: 03/29/2005) |
| 04/07/2005 | 29 | ANSWER to Complaint with Jury Demand *And Affirmative Defenses* by Stanley Bogdan.(Ambarik, Amy) (Entered: 04/07/2005) |
| 04/08/2005 | 30 | Amended JOINT STATEMENT of counsel *re Scheduling*. (Donohue, Thomas) (Entered: 04/08/2005) |
| 06/22/2005 | 31 | NOTICE of Withdrawal of Appearance Attorney Amy E Ambarik terminated. (Ambarik, Amy) (Entered: 06/22/2005) |

| PACER Service Center |
|---|
| **Transaction Receipt** |

| 08/17/2005 14:47:45 | | | |
|---|---|---|---|
| PACER Login: | cb0384 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10986-NG |
| Billable Pages: | 4 | Cost: | 0.32 |