# Commonwealth vs.

Rodriguez v. Charles, alias
Ronald V. Charles

NO. 035945

| Offense | Attorney |
|---|---|
| Aggravated Rape (2 Counts) (Brighton Ct. #6580) | |

(035942-45, 036181-84)

| Paper No. | Date of Filing | |
|---|---|---|
| | June 9, 1981 | Bail reduced to $25,000 with sufficient surety or $2,500 cash bail. |
| | July 21, 1981 | See record in #035695. |
| | Sept. 2, 1981 | Indictment returned. |
| | | Hurd, J. - C. Campo, ADA - J. Brown, Court Reporter - Defendant defaulted - warrant to issue on No. 035942. |
| 1 | Oct. 28, 1981 | Report sent to Clerk, House of Representatives Re: C459/Acts of 1980 |
| | Jan. 4, 1982 | Indictment placed on file until after arrest of the defendant. Linscott, J. - B. Dwyer, A.D.A. - E. Goldberg, Court Reporter. |

BROUGHT FORWARD
TO - 1986

EXHIBIT A1

035945

| Paper No. | Date of Filing | |
|---|---|---|
| | Feb. 1, 2001 | Continued to 2/28/01 at 2:00 PM in Courtroom #5 on 12th Floor for status conference. (Parties notified by telephone) Rouse, J. |
| | Mar. 2, 2001 | Commonwealth's motion for modification of prior Cour tOrder to conduct DNA testing and for Protective Order. |
| | Mar. 7, 2001 | Defendant files: motion for all DNA documentation resulting from tests performed on behalf of the Government be disclosed to defendant Motion to turn over all results of Government's investigation in above cited case; Objection to modification of order. |
| | Mar. 14, 2001 | Case scheduled for conference on Mar. 20, 2001 at 2:00PM Courtroom 5, 12th floor (Parties notified by telephone) Rouse, J. |
| | Apr. 3, 2001 | Brought into Court. Boston Police Department's motion to reconsider Court order re: DNA testing, allowed. Defendant's oral motion to increase funds to expedite DNA testing allowed. Continued to May 1, 2001 at 2:00PM for status. Habe issued. Rouse, J. - J. Zannini, ADA - D. Roseboom, Court Reporter - S. Hrones, Attorney for defendant - J. Boyden, Attorney for defendant |
| | May 1, 2001 | Brought into Court. Paper No. 75 and Defendant's supplement to motion for release from unlawful restraint or fro a new trial after hearing, taken under advisement. Rouse, J. - J. Zanini, ADA - D. Roseboom, Court Reporter - M. Lovell, Attorney for defendant |

(CONTINUED)

**Commonwealth vs.**                                      NO. 035945

- 9 -

| Offense | | Attorney |
|---|---|---|

| Paper No. | Date of Filing | |
|---|---|---|
| | May 11, 2001 | Memorandum of decision and order, allowing defendant's motion fo rnew trial filed. |
| | | by Rouse, J. (Attorney Hrones notified in hand, copies faxed to ADA Zanini and Attorney J. Boyden) |
| | May 14, 2001 | Brought into Court. Hearing re: bail, after hearing allowed. Defendant ordered to recognize personally without surety ($100.00). Bail warning read. Continued to June 5, 2001 by agreement for hearing re: new trial. Discharge issued. Wilson, AC/M - J. Zanini, ADA - N. King, Court Reporter - S. Hrones, J. Boyden, Attorneys for defendant (kh) |
| | May 17, 2001 | Commonwealth's Nollequi Prosequi entered and statement filed. (kh) |
| | July 9, 2001 | Notice of docket entry received fromt the Appeals Court: As the appellee Commonwealth has entered a nolle prosequi on the underlying case, the appeal is dismissed as moot. (kh) |