UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES RODRIGUEZ CHARLES,
    Plaintiff,

v.

CITY OF BOSTON, et. al.,
    Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I communicated with Plaintiff's attorney, Mayeti Gametchu, regarding Motion For Leave To Amend Answers To Plaintiff's Complaint To Add An Affirmative Defense By Defendants Stanley Bogdan And City Of Boston and we were unable to resolve or narrow the issues of the motion.

    Respectfully submitted,
    DEFENDANTS, STANLEY BOGDAN AND
    CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel

    By their attorney:

    /s/ Thomas Donohue
    Thomas Donohue - BBO# 643483
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039