UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES RODRIGUEZ CHARLES,
    Plaintiff,

v.

CITY OF BOSTON, et. al.,
    Defendants.

## JOINT PROPOSED AMENDED SCHEDULING STATEMENT

The parties, plaintiff Ulysses Rodriguez Charles and the defendants, City of Boston and Stanley Bogdan, jointly submit the following proposed amendment to the pretrial schedule the parties proposed on April 8, 2005:

(a) Fact discovery will be completed by June 30, 2006.

(b) Plaintiff will disclose his expert(s) and produce the Rule 26(a)(2)(b) report by July 30, 2006.

(c) Defendants will disclose their expert(s) and produce the Rule 26(a)(2)(b) report by August 30, 2006.

(d) The parties will serve motions for summary judgment no later than September 30, 2006.

Wherefore, the parties jointly request that this Honorable Court enter this proposed amended scheduling statement.

[signatures next page]

Respectfully submitted,

| DEFENDANTS, STANLEY BOGDAN and THE CITY OF BOSTON, Merita A. Hopkins Corporation Counsel By their attorneys: | PLAINTIFF, ULYSSES R. CHARLES By his attorneys: |
|---|---|
| /s/ Thomas R. Donohue<br>Thomas R. Donohue, BBO# 643483<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4039 | /s/ Mayeti Gametchu [by TRD]<br>Mayeti Gametchu, BBO # 647787<br>Paragon Law Group<br>184 High Street<br>Boston, MA  02110<br>(617) 399-7950 |

Dated: November 21, 2005