November 21, 2005

The Honorable Judge Nancy Gertner
c/o Clerk Maryellen Molloy
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    <u>Ulysses Rodriguez Charles v. City of Boston et al.</u>,
            U.S.D.C., C.A. No. 04-10986 NG

Dear Judge Gertner:

    I'm writing to request a hearing for <u>Motion For Leave To Amend Answers To Plaintiff's Complaint To Add An Affirmative Defense By Defendants Stanley Bogdan And City Of Boston</u>, which was filed on August 19, 2005. The Defendants' motion is paper number 32 and was opposed by the Plaintiff in paper number 36, which was filed on October 14, 2005.

    Thank you for your attention to this matter.

                                     Sincerely,

                                     <u>/s/ Tom Donohue</u>
                                     Thomas R. Donohue
                                   Assistant Corporation Counsel
                                   (617) 635-4039