UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES RODRIGUEZ CHARLES,
    Plaintiff,

v.

CITY OF BOSTON, et. al.,
    Defendants.

### DEFENDANTS STANLEY BOGDAN AND THE CITY OF BOSTON'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(C)

Defendants Stanley Bogdan and the City of Boston move pursuant to Fed. R. Civ. P. 12(c) to dismiss the plaintiff, Ulysses Rodriguez Charles's complaint because the claims are barred by the applicable statute of limitations. Accordingly, the complaint fails to state a clam upon which can be granted and judgment should enter for the defendants.

In support of this motion, the defendants submit a memorandum of law.

WHEREFORE the defendants, Stanley Bogdan and the City of Boston, move this Honorable Court to dismiss all claims against them as contained in the plaintiff's complaint.

REQUEST FOR ORAL ARGUMENT

1

Respectfully submitted,

DEFENDANTS, STANLEY BOGDAN AND
CITY OF BOSTON,
Merita A. Hopkins
Corporation Counsel

By their attorney:


/s/ Thomas R. Donohue
Thomas R. Donohue BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

Dated: December 12, 2005