UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986NG

ULYSSES R. CHARLES,
    <u>Plaintiff</u>

v.

CITY OF BOSTON, et al.
    <u>Defendants</u>

### <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that on December 12, 2005, I, attorney for defendants Stanley Bogan and the City of Boston, and Kevin J. O'Connor, attorney for plaintiff Ulysses R. Charles, conferred regarding <u>Defendants Stanley Bogdan and the City of Boston's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(c)</u> but were unable to resolve or narrow the issues of the motion.

    Respectfully submitted,
    DEFENDANTS, STANLEY BOGDEN and
    CITY OF BOSTON,
    Merita A. Hopkins
    Corporation Counsel
    By their attorney:

    <u>/s/ Thomas R. Donohue</u>
    Thomas R. Donohue, BBO# 643483
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039