UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986-NG

ULYSSES R. CHARLES,
    <u>Plaintiff</u>

v.

CITY OF BOSTON, et al.
    <u>Defendants</u>

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that on January 15, 2006, I, Thomas Donohue, attorney for defendants Stanley Bogan and the City of Boston, had communications with and Mayeti Gametchu, attorney for plaintiff Ulysses R. Charles, regarding <u>Defendants City of Boston and Stanley Bogdan's Motion for a Protective Order.</u> We have been unable to resolve or narrow the issues of this motion.

        Respectfully submitted,
        DEFENDANTS, STANLEY BOGDEN and
        CITY OF BOSTON,
        Merita A. Hopkins
        Corporation Counsel
        By their attorney:


        <u>/s/ Thomas R. Donohue</u>
        Thomas R. Donohue, BBO# 643483
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4039