UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                             )
**ULYSSES RODRIGUEZ CHARLES,**              )
                                                             )
    **Plaintiff,**                                         )
                                                             )
**v.**                                                      )    Civil Action No. 04-10986-NG
                                                             )
**CITY OF BOSTON, ET AL.,**                      )
                                                             )
    **Defendants.**                                   )
_____)

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Suffolk County District Attorney's Office and John Zanini in connection with the above-captioned matter.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  July 17, 2006

2

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: July 17, 2006                                     /s/ Randall E. Ravitz
                                                                                    Randall E. Ravitz