## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES R. CHARLES,
    Plaintiff

v.

CITY OF BOSTON, et al.,
    Defendants

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel of record for the Defendants, City of Boston and Stanley Bogdan, in the above-captioned matter.

Respectfully submitted,
DEFENDANTS, CITY OF BOSTON and
STANLEY BOGDAN
By their attorney:

William F. Sinnott
Corporation Counsel

By:    /s/ MaryBeth C. Long
MaryBeth C. Long, BBO# 652840
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4038