UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ULYSSES RODRIGUEZ CHARLES, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-10986-NG |
| CITY OF BOSTON, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER COMPELLING
BETH ISRAEL DEACONESS MEDICAL CENTER, INC.
TO COMPLY WITH TESTIMONY AND DOCUMENT SUBPOENA**

Upon the motion of Plaintiff Ulysses Rodriguez Charles seeking an order compelling the Keeper of Records for Beth Israel Deaconess Medical Center, Inc. ("Beth Israel") to comply with the testimony and document subpoena (the "Subpoena") attached at Exhibit 1 to the motion, it is hereby ORDERED and ADJUDGED that Beth Israel's Keeper of Records shall comply with the Subpoena by sitting for a deposition on June 14, 2007, beginning at 10:00 a.m. at the location identified in the Subpoena and by producing the documents and things requested by May 31, 2007 at the location identified in the Subpoena.

So ordered.

DATED: May ___, 2007   _____
                       Honorable Nancy Gertner, U.S. District Court