UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ULYSSES RODRIGUEZ CHARLES,
                    Plaintiff,

v.                                                          **C.A. No. 04-10986-NG**

CITY OF BOSTON, et al.

                    Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please docket the withdrawal of my appearance as counsel for Plaintiff Ulysses R.

Charles in this action.  The Plaintiff remains represented by other counsel of record.

Respectfully submitted,


  /s/ John Pagliaro
John Pagliaro (BBO #634483)
Paragon Law Group LLP
184 High Street, 4th Floor
Boston, MA 02110
DATED: May 30, 2007                         Tel. (617) 399-7950


### CERTIFICATE OF SERVICE

I, John Pagliaro, hereby certify that on May 30, 2007, I served a true and accurate
copy of the forgoing document electronically to the registered participants of the ECF
system, as identified on the Notice of Electronic Filing (NEF), by filing it through the
ECF system, and by first class mail to those persons indicated as non-registered
participants.

  /s/ John Pagliaro


0038-002-103678.DOC