UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10986 NG

ULYSSES R. CHARLES,
    Plaintiff

v.

CITY OF BOSTON, et al.,
    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Please enter my appearance as counsel of record for the Defendants, City of Boston and Stanley Bogdan, in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON and STANLEY BOGDAN

William F. Sinnott, Corporation Counsel

By their attorney:

/s/ Nicole Murati Ferrer
_____
Nicole Murati Ferrer
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4045
BBO# 661474