UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>CITY OF BOSTON, et al., )<br>  )<br>  Defendants. )<br>  ) | Case No. 04-10986 |

### NOTICE OF APPEARANCE

Please enter the appearance of Helen Gerostathos Guyton, Esquire of the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., as counsel for non-party victim Karen K. in the above-captioned action.

Respectfully submitted,

**KAREN K.,**

By her attorney,

*/s/ Helen Gerostathos Guyton*
Helen Gerostathos Guyton (BBO#654631)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
Tel.   202.434.7300
Fax:   202.434.7400

## **CERTIFICATE OF SERVICE**

     I, Helen Gerostathos Guyton, hereby certify that a copy of the foregoing Notice of Appearance was served on counsel of record via the Court's CM/ECF filing system on this 13th day of June, 2007.

*/s/ Helen Gerostathos Guyton*

4074227v.1