UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES,  )<br>    Plaintiff                    )<br>                                        )<br>v.                                        )<br>                                        )<br>CITY OF BOSTON, et al.             )<br>    Defendants               )<br>_____) | 04-CV-10986-NG |

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

       Please enter my appearance on behalf of defendants, the City of Boston and Stanley Bogdan in the above-captioned civil action.

                                            Respectfully submitted,

                                            //S//John P. Roache_____
                                            John P. Roache (BBO#421680)
                                            Roache & Associates, P.C.
                                            66 Long Wharf
                                            Boston, Massachusetts 02110
                                            Tel:    (617) 367-0330
                                            Fax:   (617) 367-0172
                                            Email: jroache@roachelaw.com

                                            Dated: July 9, 2007