**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
ULYSSES RODRIGUEZ CHARLES,      )
       Plaintiff                )
                                )
v.                              )
                                )         04-CV-10986-NG
CITY OF BOSTON, et al.          )
       Defendants               )
_____)
```

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

    Please enter my appearance on behalf of defendants, the City of Boston and Stanley Bogdan in the above-captioned civil action. Attorney John P. Roache continues to represent the aforementioned defendants as lead counsel.

    Respectfully submitted,

    //S//Patrick J. Donnelly_____
John P. Roache (BBO#421680)
Patrick J. Donnelly (BBO#651113)
Roache & Associates, P.C.
66 Long Wharf
Boston, Massachusetts 02110
Tel:   (617) 367-0330
Fax:   (617) 367-0172
Email: pdonnelly@roachelaw.com

Dated: July 9, 2007