UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-10986 |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel, attorneys of record for Ulysses R. Charles, hereby give notice that their business identity and address have changed as follows:

> Wolf, Block, Schorr and Solis-Cohen LLP
> One Boston Place, 40th Floor
> Boston, MA 02108
> telephone: 617-226-4000
> facsimile: 617-226-4506

Dated: July 13, 2007
Boston, Massachusetts

Respectfully submitted,

/s/ Mayeti Gametchu
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place, 40th Floor
Boston, MA 02108
telephone: 617-226-4000

Attorneys for
Ulysses R. Charles

BOS:44139.1/cha332-245994

## CERTIFICATE OF SERVICE

    I, Mayeti Gametchu, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on today's date.

                                              /s/ Mayeti Gametchu_____