UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
ULYSSES RODRIGUEZ CHARLES,                  )
                                            )
          Plaintiff,                        )
                                            )  C.A. No. 04-10986-NG
v.                                          )
CITY OF BOSTON, STANLEY BOGDAN              )
JOHN MULLIGAN, WILLIAM KEOUGH               )
PAUL RUFO, KATHLEEN HANLEY                  )
JOHNSON, and JOHN DOE and JANE DOE,         )
supervisors in the Boston Police Department,)
          Defendants.                       )
_____)

**[PROPOSED] ORDER**

It is hereby ORDERED and ADJUDGED as follows:

1. Plaintiff's Motion For An Order Compelling The Deposition Of Shannon S. And Holding Her In Contempt is ALLOWED;

2. Shannon S., who has failed to obey two deposition subpoenas issued by this U.S. District Court and personally served upon her on September 25, 2006 and May 8, 2007, is hereby found to be in CONTEMPT of court;

3. Shannon S. must appear for a deposition **on March 19, 2008, beginning at 10:00 a.m.**, to be taken by Plaintiff, through his attorneys, at the offices of WolfBlock, One Boston Place, Floor 40, Boston, MA 02108. The deposition may be rescheduled per mutual agreement of counsel for the parties, and, in the event of such rescheduling, Shannon S. must appear for the rescheduled deposition;

4. In the event Shannon S. does not appear for a deposition at 10:00 a.m. on March 19, 2008 or on a mutually agreed-to rescheduled date and time, Shannon S. shall be fined $500 per day from the date of the deposition until she appears for a deposition.

IT IS SO ORDERED.

_____
Nancy Gertner, U.S. District Court Judge

BOS:48321.1