UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ULYSSES RODRIGUEZ CHARLES, ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | |
| ) | 04-CV-10986-NG | |
| CITY OF BOSTON, et al. ) | | |
| Defendants ) | | |

### DEFENDANTS' MOTION FOR ORDER COMPELLING DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION

Defendants hereby move for an Order compelling the disclosure of Defendants' deposition witness, Plaintiff Ulysses Rodriguez Charles. As grounds therefore, Defendants submit that they re-noticed the taking of the Plaintiff's deposition on May 15, 2008 for said deposition to be taken on June 30, 2008. Upon information and belief the Plaintiff is presently in the custody of either the Massachusetts Department of Correction or the Suffolk County Sheriff. Defendants respectfully request that the CORI order be allowed so that they may properly submit a motion to the court for leave to depose the Plaintiff as required under Fed.R.Civ.P. 30(a)(2)(B) and to provide adequate opportunity to access certified copies of arrest, criminal charge and conviction, if any, of the aforementioned witness.

                                            Respectfully submitted,
Attorneys for the Defendants,
The City of Boston
and Stanley Bogdan,


    /s/ John P. Roache_____
John P. Roache (BBO#421680)
Patrick J. Donnelly (BBO#651113)
Roache & Associates, P.C.
66 Long Wharf
Boston, Massachusetts 02110
Tel:   (617) 367-0330
Fax:   (617) 367-0172

Dated: May 20, 2008

## CERTIFICATE OF SERVICE

    I, John P. Roache, hereby certify that on May 20, 2008, I served a copy of the above upon counsel of record by filing with the ECF/Pacer Case Management System.


/s/ John P. Roache_____
John P. Roache

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ULYSSES RODRIGUEZ CHARLES, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | 04-CV-10986-NG |
| CITY OF BOSTON, et al. | ) | |
| Defendants | ) | |

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Upon leave of Court, access is granted to counsel for the Defendants, John P. Roache and Patrick J. Donnelly, Roache & Associates, P.C., 66 Long Wharf, Boston, Massachusetts 02110 (for Defendants Stanley Bogdan and the City of Boston), to obtain certified copies of all criminal records, and all documents related thereto, of the individual identified on Exhibit A (attached).

By the Court,

_____

Dated: _____, 2008

**EXHIBIT A TO DEFENDANTS' MOTION FOR DISCLOSURE
OF CRIMINAL OFFENDER RECORD INFORMATION**

1. **Ulysses Rodriguez Charles**
   (a/k/a as follows: Ulysses R. Charles, Ulysses Rodriques Charles, Rodriguez Charles, Rodriguez U. Charles, Rodriguez V. Charles, Rod Charles, Rodreguez Trevor Charles, Trevor Charles, Charles Rodriguez and Carlos Rodriguez)

   **Social Security Number:** ▮▮▮▮▮▮
   (Other possible SSN's used by witness in past: ▮▮▮▮▮▮▮▮▮▮ and 0▮▮▮▮▮▮)

   **Date of Birth:** ▮▮▮▮▮▮
   (Other possible d/o/b used by witness in past: 0▮▮▮▮▮▮)