## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES,<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON, et al.<br>    Defendants | 04-CV-10986-NG |

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Upon leave of Court, access is granted to counsel for the Defendants, John P. Roache and Patrick J. Donnelly, Roache & Associates, P.C., 66 Long Wharf, Boston, Massachusetts 02110 (for Defendants Stanley Bogdan and the City of Boston), to obtain certified copies of all criminal records, and all documents related thereto, of the individual identified on Exhibit A (attached).

By the Court,

/s/ NANCY GERTNER

Dated: May 22, 2008