UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:04-cv-10986-NG

| | |
|---|---|
| ULYSSES RODRIQUEZ CHARLES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF BOSTON, ET AL, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff, Ulysses Rodriquez Charles, in the above-entitled case.

By His Attorney,

/s/ Frank C. Corso
FRANK C. CORSO, ESQ.
BBO#: 545552
SARROUF CORSO, LLP
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800

Dated: June 23, 2008

## CERTIFICATE OF SERVICE

     I, Frank C. Corso, hereby certify under the penalties of perjury that on June 23, 2008 a copy of the Notice of Appearance on behalf of the plaintiff was electronically filed with the Court and to all parties and attorneys of record as follows:

John P. Roache, Esq.
Roache & Associates, P.C.
66 Long Wharf
Boston, MA 02110

Nicole Murati Ferrer, Esq.
City of Boston Law Department
City Hall
Boston, MA 02201

Patrick Joseph Donnelly, Esq.
Hogan, Roache & Malone
66 Long Wharf
Boston, MA02110

Thomas R. Donohue, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th Floor
Boston, MA 02116

Richard M. Egbert, Esq.
Law Office of Richard M. Egbert
99 Summer Street
Suite 1800
Boston, MA 02110

Daniel I. Smulow, Esq.
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108

Randall E. Ravitz, Esq.
Office of the Attorney General
Trial Division
One Ashburton Place, 18th Floor
Boston, MA 02108

SARROUF CORSO, LLP
95 COMMERCIAL WHARF
BOSTON, MA 02110
(617) 227-5800

Helen M. Gerostathos, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

/s/ Frank C. Corso
FRANK C. CORSO, ESQ.
BBO#: 545552

SARROUF CORSO, LLP
95 COMMERCIAL WHARF
BOSTON, MA 02110
(617) 227-5800