UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, STANLEY BOGDAN<br>JOHN MULLIGAN, WILLIAM KEOUGH<br>PAUL RUFO, KATHLEEN HANLEY<br>JOHNSON, and JOHN DOE and JANE DOE,<br>supervisors in the Boston Police Department,<br>Defendants. | C.A. No. 04-10986-NG |

### ASSENTED-TO MOTION FOR
### LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL

Pursuant to U.S. District Court for the District of Massachusetts Local Rule 83.5.2, undersigned counsel, Kevin J. O'Connor and Mayeti Gametchu, hereby request -- with the assent of Defendants -- that the Court grant leave for them to withdraw as counsel for Plaintiff Ulysses R. Charles in this matter. The grounds for this motion are as follows:

1. In Spring 2008, Plaintiff informed Attorneys O'Connor and Gametchu that he was retaining Frank C. Corso of Sarrouf Corso LLP, 95 Commercial Wharf, Boston, MA 02110, as well as another attorney, to replace Attorneys O'Connor and Gametchu in this action.

2. In May 2008, Attorney Corso provided written confirmation that he was representing Plaintiff in connection with this action, that Attorneys O'Connor and Gametchu were no longer representing Plaintiff, and that Plaintiff desired that his case files be provided to his successor counsel. Plaintiff also signed this communication.

3. Attorney Corso has filed his Notice of Appearance in this case on behalf

of Plaintiff.

4.   Despite the appearance of successor counsel on Plaintiff's behalf, undersigned counsel is required to seek leave in order to withdraw as counsel for Plaintiff because there is an upcoming status conference, for October 1, 2008, scheduled in this case.  See Local Rule 83.5.2.

5.   Discovery in this case is almost completed.  The discovery deadline is July 29, 2008.  No trial has yet been scheduled.  Successor counsel received the bulk of Plaintiff's case files in May 2008, in accordance with Plaintiff's request, and will have had ample time to complete discovery and prepare for the not-yet scheduled trial of this matter.

6.   Defendants assent to the relief requested herein.

7.   In light of the time successor counsel has to prepare for trial, Plaintiff's election to replace undersigned counsel with successor counsel, and the assent of all parties to this litigation, no party -- including Plaintiff himself -- will be prejudiced if the relief requested herein is granted.

WHEREFORE, undersigned counsel respectfully request that the Court grant this motion and allow undersigned counsel to withdraw as Plaintiff's counsel.

DATED: July 1, 2008                                      Respectfully submitted,

/s/  Mayeti Gametchu
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
WolfBlock, LLP
One Boston Place, Floor 40
Boston, MA 02108
Tel. (617) 226-4000
Attorneys for Plaintiff
ULYSSES RODRIGUEZ CHARLES

2

**RULE 7.1(A)(2) CERTIFICATE OF CONFERRAL**

I, Mayeti Gametchu, hereby certify that on July 1, 2008, I conferred with counsel for Defendants in an attempt to narrow or resolve the issues raised in this motion, and Defendants assent to the relief requested herein.

/s/  Mayeti Gametchu

**CERTIFICATE OF SERVICE**

I, Mayeti Gametchu, hereby certify that, on July 1, 2008, this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, as well as upon successor counsel for Ulysses R. Charles, Joseph R. Linnehan, Jr., Linnehan & Buck, 15 Court Square, Boston, MA 02108 and Frank C. Corso, Sarrouf Corso LLP, 95 Commercial Wharf, Boston, MA 02110.

/s/  Mayeti Gametchu