UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES,<br><br>    Plaintiff,<br><br>v.<br>CITY OF BOSTON, STANLEY BOGDAN<br>JOHN MULLIGAN, WILLIAM KEOUGH<br>PAUL RUFO, KATHLEEN HANLEY<br>JOHNSON, and JOHN DOE and JANE DOE,<br>supervisors in the Boston Police Department,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) **C.A. No. 04-10986-NG**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

The Court hereby ORDERS that Attorneys Kevin J. O'Connor and Mayeti Gametchu be permitted to withdraw as counsel for Plaintiff Ulysses R. Charles in the above-captioned matter.

Dated: _____, 2008

_____
The Honorable Nancy Gertner,
U.S. District Court Judge