UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04-cv-10986-NG

| | |
|---|---|
| ULYSSES RODRIGUEZ CHARLES, | ) |
| Plaintiff | ) |
| | ) |
| VS | ) |
| | ) |
| CITY OF BOSTON, JOHN MULLIGAN, | ) |
| WILLIAM KEOUGH, PAUL RUFO, | ) |
| KATHLEEN HANLEY JOHNSON, | ) |
| STANLEY BOGDAN, JOHN DOE, | ) |
| R.N. JANE DOE, CHARLES CAMPO, | ) |
| SUFFOLK COUNTY, SUFFOLK | ) |
| COUNTY DISTRICT ATTORNEY'S | ) |
| OFFICE, JOHN ZANINI, | ) |
| Defendants | ) |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my withdrawal of appearance as counsel for the

Defendant, CITY OF BOSTON in the above-captioned action.

        Respectfully submitted,
        The Defendants,
        By their attorneys,


        /s/ Thomas R. Donohue
        Thomas R. Donohue, BBO No. 643483
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: August 28, 2008