# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ULYSSES RODRIGUEZ CHARLES
Plaintiff

V.

CITY OF BOSTON et al
Defendant

CIVIL ACTION

NO. 1:04-cv-10986-NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on December 8, 2009 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

12/8/2009
Date

/s/ JENNIFER GAUDET
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)